UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYALTON MCCAMEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY STORES, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-04138-CW<br><br>ORDER DIRECTING CLERK TO OPEN NEW ACTION<br><br>Re: Dkt. Nos. 9, 10 |

On October 27, 2014, this civil rights case was dismissed because Plaintiff had not paid the filing fee or filed a completed application to proceed in forma pauperis (IFP). Dkt. no. 7. The dismissal was without prejudice to Plaintiff's re-filing another complaint with a completed IFP application.

On November 28, 2014, Plaintiff filed another complaint with a completed IFP application. Dkt. nos. 9, 10. However, the Clerk of the Court filed the complaint and IFP application in this case instead of opening a new action. Therefore, the Clerk of the Court is directed to remove docket numbers 9 and 10 from this case and to file them in a new action with a new case number. The new case shall be reassigned at random to a new judge.

IT IS SO ORDERED.

Dated: January 7, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYALTON MCCAMEY,

    Plaintiff,

  v.

SAFEWAY STORES, INC.,

    Defendant.

Case No.  14-cv-04138-CW

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 1/7/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Royalton  McCamey ID: 14670565
850 Bryant St
San Francisco, CA 94103

Dated: 1/7/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable CLAUDIA WILKEN