UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYALTON MCCAMEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OAKLAND POLICE DEPT., et al.,<br><br>　　　　Defendants. | Case No.  15-cv-00099-JST (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH FILING-FEE REQUIREMENTS; DIRECTIONS TO CLERK** |

On November 25, 2014, Plaintiff, then an inmate at the San Francisco County Jail and proceeding pro se, filed the above-titled civil rights and personal injury action.  Plaintiff also filed a completed application seeking leave to proceed in forma pauperis (IFP) indicating that he had no funds in his prisoner trust account to pay the $400.00 filing fee.  Thereafter, by notice dated April 8, 2015, Plaintiff informed the court that he had been released from jail and is residing in San Francisco.  Consequently, should Plaintiff be granted leave to proceed IFP based on the information provided in the prisoner's IFP application he submitted, the court will be unable to collect the funds from Plaintiff's prisoner trust account as required under 28 U.S.C. § 1915(b). Therefore, no later than <u>fourteen</u> days from the date of this Order, Plaintiff either shall (1) pay the $400.00 filing fee in this action, or (2) file a completed non-prisoner IFP application.  <u>If Plaintiff fails to comply with this Order, the case will be dismissed without prejudice.</u>

The Clerk of the Court shall provide Plaintiff with a non-prisoner IFP application.

**IT IS SO ORDERED.**

Dated: April 17, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge