UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROYALTON MCCAMEY,

    Plaintiff,

    v.

OAKLAND POLICE DEPT., et al.,

    Defendant.

Case No. 15-cv-00099-JST (PR)

**ORDER REOPENING ACTION**

On November 28, 2014, plaintiff, who was then an inmate at the San Francisco County Jail, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Subsequent to filing the complaint, plaintiff informed the Court that he had been released and was residing in San Francisco. On May 26, 2015, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action. Plaintiff was later granted an extension of time to August 3, 2015 to file his amended complaint. On August 31, 2015, the Court dismissed the action without prejudice for plaintiff's failure to file an amended complaint.

On October 9, 2015, plaintiff filed an amended complaint and notice of change of address. Because it appears that plaintiff never received the Court's most recent orders, the Court will reopen this action. The dismissal of this action is now VACATED. Plaintiff's amended complaint will be reviewed pursuant to 28 U.S.C. § 1915A in a separate order.

The Clerk shall send plaintiff a copy of the docket in this action.

IT IS SO ORDERED.

Dated: October 26, 2015

_____
JON S. TIGAR
United States District Judge